# Exhibit 1



# Stellar Cheer Inc.
20 Appletree Lane Plumsteadville PA 18949

## NOW accepting new members on our All-Star Cheerleading teams!

Joining a team provides children with a positive and fun learning experience in the sport of cheerleading!

### 2007-2008 Teams
* Mini 5-8yrs * Youth 9-11yrs
* Junior 12-14yrs * Senior, 15-18yrs

Certified Instructors & Coaches

SEP 0 5 2007

No Experience Necessary!   All Ability Levels Welcome!

CALL 215-766-8010 TODAY TO SCHEDULE A VISIT TO OUR FACILITY & JOIN US FOR A TEAM PRACTICE TO SEE WHAT IT'S ABOUT!

USASF Member GYM

Open Tumble
( all ages )
Mon & Tues 6-7:30
SAVE $2 off
a single regular admission.
No Duplicates.
No Cash Value.
Offer Valid 9/4/07-9/25/07

www.stellarcheer.com

We also offer: recreational classes in tumble & cheer, birthday parties, private lessons, summer camps, and more!



Proud Home of the S.C.A. All-Star Cheer Teams!

# Stellar Cheer Inc.
located just above Doylestown, PA!

215-766-8010

Now accepting registrations for our summer cheerleading camps!

# www.stellarcheer.com
visit our website to view camp details, download a brochure, & print forms

* Camps run Mon-Fri 9am-3pm
* Ages 5-12yrs welcomed
* Learn Cheers, Stunts, Jumps
* Tumble, Crafts, Contests!
* Pep Rally on Fri. afternoon

FREE Camp T-Shirt!

JUN 1 8 2008



APR 1 6 2008

# All-Star Cheerleading 2008-2009
## Season Signups & Tryouts
Stellar Cheer
20 Appletree Lane Plumsteadville, PA 18949
Experience the Fun, Team Bonding, and value of Commitment that the sport of competition cheerleading brings!

Mini Team (5-8yrs)
Signups May 19-21st 5:30-8pm

Youth Team (9-11yrs)
Junior Team (12-14yrs)
Senior Team (15-16yrs)
Tryout Dates for these teams will be held:
May 19th & 20th in the evening.

Please call 215-766-8010 ext 2 or visit our website www.stellarcheer.com for more details!

All Ability Levels Welcomed

S. C. A.



APR 1 1 2007

**Stellar Cheer** Inc.
Located in Plumsteadville, PA
## ALL-STAR CHEERLEADING
## TRYOUTS & SIGN-UPS
## DATES: APRIL 15TH-19TH, 2007

*All ages/abilities welcomed*

Want to join one of the fastest growing sports out there? Then join us for a positive & fun experience on one of our teams!

Please visit our website for more details.

**www.stellarcheer.com**
**215-766-8010**

We also offer private lessons, summer camps, classes & more!

MAR 1 4 2007

**Stellar Cheer** Inc.
## CHEERLEADING TRAINING
## FOR TRYOUTS
*All ages/abilities welcomed*
## MARCH 26TH-APRIL 13TH, 2007

Want to prepare yourself for the upcoming All Star or School tryouts? Then join us for tumbling and jump conditioning during our training session.

*Available Training days: Mon, Tues, Weds, Thurs 6-8pm*
**YOU MAKE YOUR OWN SCHEDULE!**
*Come as much or as little as you like on the offered days above.*

Cost per student: $75
*There is NO registration fee for this session.*

You must pre-register for training for tryouts.
Please call the gym at 215-766-8010, ext. 1 to enroll.
**www.stellarcheer.com**
**Plumsteadville, PA**