Exhibit 2

http://www.stellarcheer.com



