# Exhibit 3

ill 215-345-3010 ■ 215-957-8125 ■ 215-538-6362    www.phillyburbs.c

## Stellar performance



**The youth cheer team** that trains at Stellar Cheer All Stars in Plumsteadville has been awarded a bid to the Battle at the Capitol Nationals at the Patriot Center in Fairfax, Va. The team competed in the youth level 2 division at the national semifinals earlier in March and advanced the finals. Team members include (front row, from left) Madison Zezzo, Michaela Savage, Amanda Keenley, Rachel Pubins, Sarah Pubins, Sarah Cullen, Becky Gerhart, Casey Breslow and Patricia Fabozzi. In the second row are Curran Hunter, Destiny Keinert, Lauren Adelman, Katelyn Toutkoushian, Kelsey Bugler, Erica Shymon, Carli Stark and Allison Histand. Sydney Gehring, Mia Ciliberto and Helene Herncane are missing from the photo.

## Stingy defense



**The Warminster Charge** girls under-14 team coached by Bobbi Ciocco and Mike Pio allowed just two goals scored against it for the entire soccer season. Team members include (front row, from left) Brittany Mitchell, Monica Wherrity, Amanda Kingsdorf, Stephanie Murphy, Nicole Ahrens, Danielle Ciocco and Emily Reh. Goalie Samantha Gladnick is in front. In the second row are Danielle Meleta, Jackie