Exhibit 4

http://stellarallstars.com



